IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EDDIE MARIE HUDSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-10-3823 |
| | § | |
| MICHAEL J. ASTRUE, | § | |
| Commissioner of the Social Security | § | |
| Administration, | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION AND ENTERING FINAL JUDGMENT**

This court has reviewed the Memorandum and Recommendation on Cross-Motions for Summary Judgment of the United States Magistrate Judge signed on February 16, 2012 and made a *de novo* determination. Rule 72(b), Fed. R. Civ. P.; 28 U.S.C. § 636(b)(1)(C); *United States v. Wilson*, 864 F.2d 1219 (5th Cir. 1989). No objections have been filed. Based on the pleadings, the record, and the applicable law, the court adopts the Memorandum and Recommendation as this court's Memorandum and Order. This court finds and concludes that the motion for summary judgment filed by the plaintiff, Eddie Marie Hudson, should be denied and the cross-motion filed by the defendant, the Commission of Social Security, should be granted. This court specifically finds and concludes that the Administrative Law Judge's decision denying social security benefits was supported by substantial evidence showing that she did not have an impairment or combination of impairments that meets or medically equals one of the listed impairments, that she had the residual functional capacity to perform light work within certain parameters, and that there were jobs in significant numbers in the national economy that she could perform. This court also finds and concludes that the ALJ met his burden of explaining why he discredited the plaintiff's subjective complaints of limitations and there is substantial evidence to support that result. None of the other

grounds the plaintiff asserted for remanding have merit, for the reasons identified in the Magistrate Judge's Memorandum and Recommendation.

Accordingly, this case is dismissed, with prejudice. This is a final judgment.

SIGNED on March 12, 2012, at Houston, Texas.

                                            Lee H. Rosenthal
                                       United States District Judge